IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES STATEN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 07-718-GPM |
| SUSAN SHOBE, | ) ) ) |
| Defendant. | ) |

# ORDER

**MURPHY, District Judge:**

Plaintiff, a person confined at the Alton Mental Health Center, filed a complaint alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983. Plaintiff, however, never paid the full $350 filing fee nor submitted a proper motion to proceed *in forma pauperis*, even after being instructed to do so by the Clerk of Court (*see* Doc. 2). Given Plaintiff's failure to pay the full filing fee or to submit a proper motion to proceed *in forma pauperis*, this action **DISMISSED without prejudice**. The Clerk of Court is **DIRECTED** to **close** this case on the Court's docket.

**IT IS SO ORDERED.**

DATED: 04/04/08

s/ G. Patrick Murphy
G. Patrick Murphy
United States District Judge